UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.

| | |
|---|---|
| DOMINICK P. DOUGHALL, III,<br>    Plaintiff,<br><br>v.<br><br>CAPT. JOHN BOATS, INC.<br>    Defendant. | 04-12416 RGS<br><br>COMPLAINT AND DEMAND<br>FOR JURY TRIAL |

RECEIPT #
AMOUNT $
SUMMONS ISSUED
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY CLK
DATE

I.  **PARTIES**

1.  The Plaintiff, Dominick P. Doughall, III, is an individual who resides at 49 Oakland Avenue, Providence, Rhode Island.

2.  The Defendant, Capt. John Boats, Inc., is a corporation duly organized and existing under the laws of the Commonwealth of Massachusetts, and which maintains its principal place of business at 117 Standish Avenue, Plymouth, Massachusetts.

II.  **JURISDICTION**

3.  This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1332, as all parties are of diverse citizenship and the amount in controversy exceeds $75,000.00; this Court also has jurisdiction based upon 28 U.S.C. §1333 and the General Maritime law of the United States as this is an Admiralty/Maritime action.

## III. CAUSES OF ACTION

4. On or about April 6, 2002, the Plaintiff was a passenger aboard a vessel owned and operated by the Defendant for a fishing expedition.

5. On or about April 6, 2002, the Defendant owed a duty of care to operate, control and supervise its vessel in a reasonably safe manner.

6. On or about April 6, 2002, the Defendant breached the duty of care it owed to the Plaintiff, by, among other things, operating its vessel negligently and in unreasonably dangerous weather and failing to take adequate precaution to protect the safety of its passengers.

7. As a direct and proximate result of the Defendant's breach of the duty it owed to him, the Plaintiff sustained personal injuries, some or all which are permanent.

8. By reason of said personal injuries, the Plaintiff has suffered, and will continue to suffer, great pain of body and anguish of mind; he has incurred and will continue to incur great expense for his medical care and treatment; and his ability to work and earn income has been adversely affected as has his ability to pursue his normal activities and to live and enjoy life.

WHEREFORE, the Plaintiff, Dominick P. Doughall, III, demands judgment against the Defendant, Capt. John Boats, Inc., in an amount to be determined by a jury to compensate him for his personal injuries, together with costs, pre-judgment interest and such other relief and remedies this Court deems appropriate and just.

The Plaintiff demands a trial by jury.

THE PLAINTIFF,
DOMINICK P. DOUGHALL, III
By His Attorney,

_____
Kevin Donius, Esquire
Corcoran, FitzGerald &
Hennessy, LLC
500 Granite Avenue
Milton, MA  02186
(617) 696-5700
BBO#: 551298

Date: November 10, 2004