## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| |  |
|---|---|
| DOMINIC P. DOUGHALL, III,<br>    Plaintiff<br>v.<br>CAPT. JOHN BOATS, INC.,<br>        Defendant | CIVIL ACTION NO. 04-12416-RGS |

### ANSWER

The defendant, Capt. John Boats, Inc. ("CJB") hereby responds to the allegations of the plaintiff, Dominic P. Doughall, III ("Dougall" or "Plaintiff"), in numbered paragraphs corresponding to those of the Complaint, all pursuant to Fed. R. Civ. P. 8. If any headings appearing in the Complaint are repeated here, that repetition is solely for ease of reference and without prejudice.

1.  CJB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

2.  CJB, for the purposes of the present action only, elects not to contest the allegations of this paragraph.

3.  This paragraph does not allege well-pleaded facts but instead sets forth a conclusion of law as to which CJB is not obliged to respond. To the extent any response is deemed to be required, CJB is without sufficient knowledge or information to form a belief as to the truth of this allegation, and accordingly puts plaintiff to his proof.

4.  CJB is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

5.  This paragraph does not allege well-pleaded facts but instead sets forth a conclusion of law as to which CJB is not obliged to respond. To the extent any response is

deemed to be required, CJB is without sufficient knowledge or information to form a belief as to the truth of this allegation, and accordingly puts plaintiff to his proof.

    6.    Denied.

    7.    Denied.

    8.    Denied.

### FIRST AFFIRMATIVE DEFENSE

The claim of the defendant is barred or limited by the federal statutes for the limitation of shipowners' liability, including 46 U.S.C. (App.) §183 and associated sections of statute.

### SECOND AFFIRMATIVE DEFENSE

If any injury alleged by the plaintiff is found, the cause of it was in whole or in part his own negligence, for which reason the claim is barred or limited.

### THIRD AFFIRMATIVE DEFENSE

If the Plaintiff has been damaged as alleged (which is denied), the responsibility for this lies with some person or entity for whose conduct the defendant is not responsible.

### FOURTH AFFIRMATIVE DEFENSE

Any obligations that CJB might have otherwise had to the plaintiff have been discharged and extinguished by his conduct, and for this reason CJB owes the plaintiff nothing.

### FIFTH AFFIRMATIVE DEFENSE

The Plaintiff failed to mitigate his damages, for which reason his claim is barred or limited.

WHEREFORE the Defendant CJB demands that the Complaint be dismissed, that all relief sought against it be denied, that it may have its costs of defense of this matter, and that it may have such other relief as the Court may deem just.

## JURY DEMAND

CJB demands a jury trial on all issues so triable.

**CERTIFICATE OF SERVICE:** By my signature below, I hereby certify that on the date set forth below, I have electronically filed this document with the Clerk of Court using the CM/ECF system, which will send notification of such filings(s) to the attorneys designated below as ECF recipients, and I hereby certify that on the same date, I have mailed, via United States Postal Service, the document(s) to the non-registered participants reflected below as being provided copies by mail.

| | |
|---|---|
| Dated: January 4, 2005 | **CAPTAIN JOHN BOATS, INC.** |
| *served upon:* | By its attorneys, |
| Kevin Donius, Esq.  *(By First Class Mail)* | |
| Corcoran, FitzGerald & Hennessy, LLC | __/s/ Michael Rauworth_____ |
| 500 Granite Avenue | Michael J. Rauworth,  BBO# 547711 |
| Milton, Massachusetts 02186 | **CETRULO & CAPONE LLP** |
| | World Trade Center East |
| | Two Seaport Lane — 10th Floor |
| | Boston, Massachusetts 02210 |
| | Tel: (617) 217-5500; fax: 617-217-5200 |
| | 356168/02006/0039/RAUW |

3