UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOMINIC P. DOUGHALL, III,<br>    Plaintiff<br>v.<br>CAPT. JOHN BOATS, INC.,<br>          Defendant | CIVIL ACTION NO. 04-12416-RGS |

CORPORATE DISCLOSURE STATEMENT

Pursuant to L.R. 7.3(A), Captain John Boats, Inc., hereby discloses that it has no parent corporation, and no publicly-held corporation owns more than 10% of its stock.

**CERTIFICATE OF SERVICE:** The undersigned counsel hereby certifies that s/he has this day provided a true copy of this document to all counsel of record and all parties appearing *pro se* (if any) by the method indicated alongside their respective names as shown below.

Dated: March 9, 2005

*served upon:*
Kevin Donius, Esq.          *(By First Class Mail)*
Corcoran, FitzGerald & Hennessy, LLC
500 Granite Avenue
Milton, Massachusetts 02186

**CAPTAIN JOHN BOATS, INC.**
By its attorneys,

    /s/ Michael Rauworth
Michael J. Rauworth, BBO# 547711
**CETRULO & CAPONE LLP**
World Trade Center East
Two Seaport Lane — 10th Floor
Boston, Massachusetts 02210
Tel: (617) 217-5500; fax: 617-217-5200
359333/02006/0039/RAUW