UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOMINIC P. DOUGHALL, III,
    Plaintiff
v.
CAPT. JOHN BOATS, INC.,
    Defendant

CIVIL ACTION NO. 04-12416-RGS

**JOINT STATEMENT OF THE PARTIES
IN CONNECTION WITH INITIAL SCHEDULING CONFERENCE**

In anticipation of the Initial Scheduling Conference set for May 16, 2005, and pursuant to Fed. R. Civ. P. 16(b), and L.R. 16.1, and the Court's scheduling order of April 4, 2005, the parties submit this Joint Statement regarding discovery and other pre-trial matters.

### I.    CERTIFICATES OF COMPLIANCE

The parties are independently filing their Certificates of Compliance of conference between parties and their counsel pursuant to Local Rule 16.1(D)(3).

### II.    PROPOSED PLAN FOR DISCOVERY AND MOTION PRACTICE

Pursuant to Fed.R.Civ.P. 16(b), the parties propose the following discovery plan:

A.     The parties will serve all written discovery requests by July 15, 2005;

B.     Pursuant to Fed.R.Civ.P. 12-15, the parties will file all motions, amendments and supplements to the pleadings, including all motions to add additional parties by September 15, 2005;

C.     The parties will complete all factual depositions by December 15, 2005;

D.     The Plaintiff's will designate their trial experts and disclose the information set forth in Fed.R.Civ.P. 26(b) (4) (A) (i) by December 15, 2005 and the Defendant will do so by January 15, 2006;

E.     The parties will file all dispositive motions, including all motions for summary judgment, by February 15, 2006;

  F. The parties will complete all non-expert and expert discovery, including expert depositions, by February 7, 2006;

  G. The parties will thereafter attend a final pretrial conference to be scheduled by the court.

**III. CONSIDERATION OF TRIAL BY MAGISTRATE JUDGE AND ADR**

The parties do not all consent to trial by magistrate judge at this time. The parties do consent to referral to the Court's in-house ADR program.

**IV. SETTLEMENT**

Plaintiff has made a compromise demand within the time required by the Court's order, and the defendant will be prepared in response as specified in the same order.

**CERTIFICATE OF SERVICE:** By my signature below, I, Michael Rauworth, hereby certify that on the date set forth below, I have electronically filed this document with the Clerk of Court using the CM/ECF system, which will send notification of such filings(s) to the attorneys designated below as ECF recipients, and I hereby certify that on the same date, I have mailed, via United States Postal Service, the document(s) to the non-registered participants reflected below as being provided copies by mail.

| **DOMINIC P. DOUGHALL, III** | **CAPTAIN JOHN BOATS, INC.** |
|---|---|
| By his attorney, | By its attorneys, |
| /s/ Kevin Donius | /s/ Michael Rauworth |
| Kevin Donius, BBO# 551298 | Michael J. Rauworth, BBO# 547711 |
| **CORCORAN, FITZGERALD & HENNESSY** | **CETRULO & CAPONE LLP** |
| 500 Granite Avenue | World Trade Center East |
| Milton, MA  02186 | Two Seaport Lane — 10th Floor |
| Tel: (617) 696-5700 | Boston, Massachusetts 02210 |
| Fax: (617) 696-6704 | Tel: (617) 217-5500; |
| *(to receive copy by first class mail)* | Fax: (617) 217-5200 |
| Dated: May 9, 2005 | fax: 617-217-5200 |

02006-0039
372524v1