UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOMINIC P. DOUGHALL, III,
    Plaintiff

v.

CAPT. JOHN BOATS, INC.,
    Defendant

CIVIL ACTION NO. 04-12416-RGS

### DEFENDANT'S CERTIFICATIONS

The undersigned hereby certify pursuant to Local Rule 16.1(D)(3) that they have conferred:

a)     with a view to establishing a budget for the costs of conducting the full course — and various alternative courses — of the litigation; and

b)     to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

CERTIFICATE OF SERVICE: By my signature below, I hereby certify that on the date set forth below, I have electronically filed this document with the Clerk of Court using the CM/ECF system, which will send notification of such filings(s) to the attorneys designated below as ECF recipients, and I hereby certify that on the same date, I have mailed, via United States Postal Service, the document(s) to the non-registered participants reflected below as being provided copies by mail.

Dated: May 09, 2005

*served upon:*
Kevin Donius, Esq.     *(By First Class Mail)*
Corcoran, FitzGerald & Hennessy, LLC
500 Granite Avenue
Milton, Massachusetts 02186
(non-registered)

*[signature]*
Robert Wheeler, Claims Manager

*[signature]*
Michael J. Rauworth, BBO# 547711
CETRULO & CAPONE LLP
World Trade Center East
Two Seaport Lane — 10th Floor
Boston, Massachusetts 02210
Tel: (617) 217-5500; fax: 617-217-5200
Counsel for CAPTAIN JOHN BOATS, INC.
334067/02006/0036/RAUW