UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12416-RGS

DOMINICK P. DOUGHALL, III, )
    Plaintiff, )
     )
v. )
     )
CAPT. JOHN BOATS, INC. )
    Defendant. )
     )

## PLAINTIFF'S CERTIFICATIONS

Plaintiff's counsel, Kevin Donius, hereby certifies, pursuant to Local Rule 16.1(D)(3) that he has conferred with the Plaintiff:

a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local 16.4.

The Plaintiff,
By his attorney,

_____
Kevin Donius, Esquire
BBO # 551298
Corcoran, FitzGerald & Hennessy
500 Granite Avenue
Milton, MA 02186
(617) 696-5700

Dated: May 9, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.

Date: 5/9/15