**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DOMINIC P. DOUGHALL, III,<br>    Plaintiff<br>v.<br>CAPT. JOHN BOATS, INC.,<br>    Defendant | CIVIL ACTION NO. 04-12416-RGS |

## MOTION FOR PARTIAL SUMMARY JUDGMENT

The defendant Capt. John Boats, Inc. ("CJB"), hereby moves for judgment as a matter of law against the plaintiff, Dominic P. Doughall III as to a limited aspect of his claims — all pursuant to Fed. R. Civ. P. 56.  This submission contains CJB's Statement of Material Facts — facts that entitle it to judgment as a matter of law, as amplified in its accompanying memorandum of law.

Briefly, the undisputed facts are such that Doughall cannot prove that he suffered a rotator cuff injury on board the defendant's vessel, the *Captain John & Sons III*.  Even if the jury should believe that Doughall actually was hurt in <u>*some*</u> way aboard the vessel — and that the defendant was somehow responsible for this —  no reasonable jury could conclude that he suffered a rotator cuff injury on April 6, 2002, the date that he claims he was aboard the defendant's vessel.   As a result, his claimed damages attributable to an alleged rotator cuff tear — which includes all surgical treatment and all of his medical attention post-2002 — cannot be causally related to any act or omission of the defendant.

Thus, based on the undisputed facts, CJB is entitled to judgment as a matter of law on the question of rotator cuff injury.   CJB hereby incorporates by reference the content of the Declaration of Dr. Timothy Foster, as evidentiary support for the statements of material fact that follow:

2

## STATEMENT OF MATERIAL FACTS AS TO
## WHICH THERE IS NO GENUINE DISPUTE

1.    Dominic Doughall did not experience a rotator cuff tear on board the defendant's vessel during April 2002.

**WHEREFORE, INASMUCH AS** the application of the governing law to the above undisputed facts entitles it to judgment as a matter of law ruling out any responsibility of the defendant for a rotator cuff tear to the plaintiff, CJB respectfully urges that judgment enter in its favor, with any additional relief that the Court deems appropriate.

**CERTIFICATE OF SERVICE:** By my signature below, I hereby certify that on the date set forth below, I have electronically filed this document with the Clerk of Court using the CM/ECF system, which will send notification of such filings(s) to the attorneys designated below as ECF recipients, and I hereby certify that on the same date, I have mailed, via United States Postal Service, the document(s) to the non-registered participants reflected below as being provided copies by mail.

Dated: February 15, 2006

*served upon:*
Kevin Donius, Esq.    *(By ECF Filing)*
Law Offices of Kevin Donius, P.C.
500 Granite Avenue
Milton, Massachusetts 02186

**CAPTAIN JOHN BOATS, INC.**
By its attorneys,

    /s/  Michael Rauworth
Michael J. Rauworth,  BBO# 547711
**CETRULO & CAPONE LLP**
World Trade Center East
Two Seaport Lane — 10th Floor
Boston, Massachusetts 02210
Tel: (617) 217-5500; fax: 617-217-5200

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOMINICK P. DOUGHALL, III
    Plaintiff,
v.
CAPT. JOHN BOATS, INC.,
    Defendant.

CIVIL ACTION NO. 04-12416-RGS

**DECLARATION OF DR. TIMOTHY E. FOSTER**

Timothy E. Foster, M.D., does hereby declare as follows, all pursuant to 28 U.S.C §1746:

1. I am a duly licensed, board certified orthopaedic surgeon at Boston Medical Center in Boston, Massachusetts and I hold an academic appointment as Assistant Professor of Orthopaedic Surgery at Boston University School of Medicine. In addition, I am an Associate Editor of The American Journal of Sports Medicine, Medical Director of the Boston University Sargent College of Physical Therapy and Team Physician to various Boston University athletic teams. Additional pertinent information about my medical credentials and experience are set forth in the C.V. attached as Exhibit 1 and incorporated by reference.

2. I am actively engaged in the clinical practice of orthopaedic surgery with a concentration in the care of the shoulder and knee . I read and interpret MRI (magnetic resonance imaging) films and reports constantly in my work, and I make clinical decisions affecting the safety and health of my patients based on my own personal readings of MRI films. I evaluate, diagnose and treat (with surgery and otherwise) rotator cuff injuries on a frequent basis, and I commonly diagnose rotator cuff injuries and make decisions about whether to undertake surgery on such conditions based on my own readings of MRI films.

3. I have been provided with copies of an MRI done on Dominic Doughall dated May 8, 2002, which I understand was arranged by a physician he had seen for the first time on

May 6, 2002. It is a view of his left shoulder area, and all of my statements in this declaration have to do with his left shoulder area. I make no comment whatsoever about his right shoulder.

4. I understand that Mr. Doughall claimed to have been hurt while aboard a vessel owned by the defendant on April 6, 2002. I also understand that he underwent surgery in approximately July 2003 and, again, in October 2003 in order to treat a condition alleged to be a rotator cuff tear.

5. The May 8, 2002 MRI that I reviewed is negative for a rotator cuff tear. It is my professional opinion that, on that date, Mr. Doughall <u>did not have a torn rotator cuff</u>. If Mr. Doughall had experienced a rotator cuff tear on April 6, 2002, it would have been reflected in the MRI of May 8, 2002.

6. As a result, any treatment that Mr. Doughall may have received after May 8, 2002 — based on a diagnosis of rotator cuff tear — is not causally related to any event before May 8, 2002 in my professional opinion.

7. Likewise, any other adverse health effects upon Mr. Doughall that may have been attributed to a rotator cuff tear are also not causally related to any event before May 8, 2002 in my professional opinion.

8. The professional opinions I have expressed in this declaration are opinions that I hold to a reasonable degree of medical certainty.

Signed under the penalties of perjury this 15th day of February 2006, at Boston, Massachusetts.

/s/ Timothy E. Foster
Timothy E. Foster, M.D.

# Timothy E. Foster, M.D.

## Work Address

720 Harrison Avenue, suite 808
Boston, Massachusetts 02118
Telephone: 617-638-5633
Fax: 617-638-8678

## Home Address

41 Highgate Road
Wellesley, Masachusetts 02481
781-237-3838

## Current Status

Boston Medical Center/Boston University School of Medicine
Department of Orthopaedic Surgery
Assistant Professor of Surgery
Co-Director of Sports Medicine
1992-2006

The American Journal of Sports Medicine
Associate Editor
Editor, Current Concepts
1993-2006

Boston University Sargent College of Physical Therapy
Medical Director
Boston University Rehabilitation Services
1997-2006

Boston University Athletics
Team Physician
Varsity Sports

## Post Doctoral Education

Harvard University/Boston Children's Hospital
Orthopaedic Surgery Fellow
Pediatric Sports Medicine Fellowship
1992

Harvard University/Massachusetts General Hospital
Orthopaedic Surgery Fellow
Adult Sports Medicine Fellow
1991-1992

Harvard University/Massachusetts General Hospital
Wellman Laser Laboratory
Orthopaedic Research Fellow
1992-1995

**Post Doctoral Education**

Boston University Affiliated Hospitals/ Boston, Massachusetts
Orthopaedic Surgery Residency Program
    Lahey Clinic Medical Center
    Boston City Hospital
    University Hospital
    Shriners Hospital for Children
    Baystate Medical Center
1987 – 1991

Dartmouth-Hitchcock Medical Center/Hanover, New Hampshire
Preliminary General Surgery Residency
1986-1987

**Medical Education**

Boston University School of Medicine
Doctor of Medicine May 18, 1986

**Undergraduate Education**

Boston University
College of Liberal Arts
Varsity Football – Defensive Back
Yankee Conference Champions 1979, 1980
Bachelor of Arts May 17, 1981

**Sports Medicine Experience**

Boston University Varsity Team Physician 1999-2004

Boston University Varsity Team Assistant Physician 1992-1998

Northeastern University Varsity Team Assistant Physician 1992-1998

Boston Ballet Assistant Team Physician 1992-1995

New England Patriots Football Team, Assistant Team Physician 1991-1992

Boston Bruins Hockey Team, Assistant Team Physician 1991-1992

**Hospital Appointments**

Boston Medical Center, Active Staff

New England Baptist Hospital, Active Staff

Deaconess Glover Hospital, Active Staff

New England Surgery Center, Active Staff

**Professional Organizations**

American Board of Orthopaedic Surgery
Board Certified 1994

American Academy of Orthopaedic Surgeons
Member 1995

American College of Sports Medicine

American Medical Association

Massachusetts Medical Society

**Honors and Awards**

Boston University Scarlet Key 1981

Boston University Varsity Football Letter, Defensive Back 1980

Thelma Metzger Memorial Medical Scholarship 1983, 1984, 1985, 1986

Outstanding Young Men of America 1986

**Presentations**

*Nerve Injuries About the Shoulder,* The Athlete's Shoulder and Elbow and Articular Cartilage, Boston University, Wyndham, Aruba February 2004

*The Spectrum of Shoulder Injuries,* The Athlete's Shoulder and Elbow and Articular Cartilage, Boston University, Wyndham, Aruba February 2004

*Thermal Capsular Plication of the Shoulder – 10 Year Results,* The Evaluation and Treatment of the Injured Athlete, Boston University, Harborview Hotel, Martha's Vineyard, Massachusetts July 2002

*Cervical and Lumbar Spine Injuries in Athletes,* The Evaluation and Treatment of the Injured Athlete, Boston University, Harborview Hotel, Martha's Vineyard, Massachusetts July 2002

*Thermal Capsulorraphy of the Shoulder,* The Evaluation and Treatment of the Injured Athlete, Boston University, The Aruba Marriott, Aruba, February 2002

*Pathophysiology of Shoulder Instability,* The Evaluation and Treatment of the Injured Athlete, Boston University, Harborview Hotel, Martha's Vineyard, Massachusetts July 1999.

*Thermal Shoulder Surgery Symposium,* The Evaluation and Treatment of the Injured Athlete, Boston University, Harborview Hotel, Martha's Vineyard, Massachusetts July 1999.

*Pathophysiology of Shoulder Instability,* The Evaluation and Treatment of the Injured Athlete, Boston University, Snowmass, Colorado, February 17, 1998

*The Use of Lasers in Orthopaedic Surgery, ,* The Evaluation and Treatment of the Injured Athlete, Boston University, Snowmass, Colorado, February 17, 1998

*Capsular Reduction Techniques, Laser and Radiofrequency,* The Evaluation and Treatment of the Injured Athlete, Boston University, The Harbor House Hotel, Nantucket, Massachusetts, July 27, 1998

*Cervical Spine Injuries in Athletes,* The Evaluation and Treatment of the Injured Athlete, Boston University, The Harbor House Hotel, Nantucket, Massachusetts, July 29, 1998

*Lumbar Spine Injuries in Athletes,* Evaluation and Treatment of the Injured Athlete, Boston University, The Harbor House Hotel, Nantucket, Massachusetts, July 29, 1998
*The Accuracy of MRI in Detecting Meniscal Tears in Previously Operated Knees*
AAOS, San Francisco, California 1996

*The Mechanism of Molecular Welding: Is Welding the Meniscus Possible?*
AANA, Washington, DC 1996

*The Thermal Mechanism of Thermal Capsular Shrinkage*
AANA, Washington, D.C. 1996

The Accuracy of Post Operative MRI Scans of the Knee
AANA, Washington, D.C. 1996



The Role of Lasers in Orthopaedic Surgery: Symposium, American College of Sports Medicine, May 29,1997, Denver, Colorado.

The use of Lasers in Arthroscopic Surgery: Lecture and Works-hop, Orthopaedic Learning Center, May 02, 1997, Rosemont, Illinois.

The Use of Lasers in Arthroscopy- course moderator, Arthroscopy Association Of North America. 16th Annual Meeting, April 24, 1997, San Diego, California.

Mini Symposium: Arthroscopic Treatment of Shoulder Instability: The Evaluation and Treatment of the Injured Athlete: Sports Medicine Update Winter 1997, Sponsored by the Boston University School of
Medicine, March 25, 1997, Aspen, Colorado.

Pathophysiology of Shoulder Instability: The Evaluation and Treatment of the Injured Athlete: Sports Medicine Update Winter 1997, Sponsored by the Boston University School of Medicine, March 24, 1997, Aspen, Colorado.

Invited Guest Professor and Surgeon, Western New York Orthopedic Society, November 1-2, 1996, Buffalo, New York.

Invited Guest Professor and Surgeon, Holroyd Hospital, October 22-25, 1996, Sydney, Australia.

Instructional Course in Laser Arthroscopy, The Orthopedic Learning Center, September 21, 1996, West Chicago, Illinois.

Instructional Course in Laser Arthroscopy, The Medical College of Toledo at Ohio, September 18, 1996, Toledo, Ohio.

The Mini-Open Technique for Plantar Fascia Release: A Cadaveric Study, The Evaluation and Treatment of the Injured Athlete, Sponsored by Boston University School of Medicine, July 26, 1996, Chatham, Massachusetts.

Instructional Course in Laser Arthroscopic Surgery, The Evaluation and Treatment of the Injured Athlete, Sponsored by Boston University School of Medicine, July 24, 1996, Chatham, Massachusetts.

The Pathophysiology of Shoulder Instability, The Evaluation and Treatment of the Injured Athlete, Sponsored by Boston University School of Medicine, July 23, 1996, Chatham, Massachusetts.

Instructional Course in Laser Physics and Laser Arthroscopy, April 30, 1996, Lahey Clinic Medical Center, Burlington, Massachusetts.

The Molecular Mechanism of Meniscal Welding, April 15, 1996, The Arthroscopy Association of North America, April 15, 1996, Washington, D.C.

The Accuracy of MRI for Evaluating Meniscal Tears in Previousl.v Operated (Non-Virgin) Knees: A Retrospective Correlation to Arthroscopy, February 25, 1996, American Academy of Orthopedic Surgeons, Atlanta, Georgia.

Advanced Laser Arthroscopic Surgery, February 21, 1996, Atlanta Merchandise Market, Atlanta. Sponsored by Coherent Medical Lasrers.

Advanced Shoulder Arthroscopy Instructional Course, December 05, 1995, Marriot Hotel, San Antonio, Texas. Sponsored by Coherent Medical Lasers.

Advanced Shoulder Arthroscopy Instructional Course, October 21, 1995, Regis Hotel, San Francisco, California. Sponsored by Stanford University.

Fixation Failure in the Cervical Spine, October 19, 1995, North American Spine Society, Tenth Annual Conference, Washington, D.C..

Instructional Course in Laser Assisted Arthroscopic Surgery, October 07, 1995, Oakdale, Illinois. Sponsored by Coherent Medical Lasers.

Cervical Spine Injuries in Rugby Football Players, September 22, 1995, Third Annual Internal Olympic Committee World Congress.

Laser Assisted Arthroscopic Surgery, August 26, 1995, Grand Rounds Presentation, Lockport General Hospital, Lockport, New York.

Pathophysiology of Shoulder Instability, July 27,1995, Evaluation and Treatment of the Injured Athlete: Sports Medicine Update 1995, Martha's Vineyard. Sponsored by Boston University School of Medicine.

Instructional Course in Laser Assisted Arthrosopic Surgery, July 26, 1995, Evaluation and Treatment of the Injured Athlete: Sports Medicine Update 1995, Martha's Vineyard. Sponsored by Boston University School of Medicine.

Cervical Spine Injuries in Rugby 1970-1995, July 16, 1995, The American Orthopedic Society for Sports Medicine, Westin Harbour Castle Hotel, Toronto, Canada.

Instructional Course in Laser Assisted Arthroscopic Surgery, April18, 1995, Grand Rounds at New England Baptist Hospital, Boston, Massachusetts.

Laser Assisted Arthroscopic Surgery, April 07, 1995, Grand Rounds at Manchester General Hospital, Manchester, Connecticut.

Instructional Course in Laser Assisted Arthroscopic Surgery, April 03, 1995, Grand Rounds at National Orthopaedic Hospital, Arlington, Virginia.

The Role of Drugs in Sports, Sports Medicine and Orthopedic Trauma for the Primary Care Physician, February 28, 1995, Stowe, Vermont, Sponsored by Boston University School of Medicine.

Instructional Course in Laser Assisted Arthroscopic Surgery, January 26, 1995, Grand Round Presentation at Doctor's Hospital, Washington, D.C..

The Role of Lasers in Arthroscopic Surgery, November 22, 1994, Grand Rounds at Philadelphia Orthopedic Society for Sports Medicine, Philadelphia, Pennsylvania.

Instructional Course in Laser Assisted Arthroscopic Surgery, November 15, 1994, Grand Rounds at Virginia Medical College, Richmond, Virginia.

Ankle Arhtroscopy and Related Procedures, October 1994, Boston Foot and Ankle Symposium. Copley Place Hotel, Boston, Massachusetts, Sponsored by Boston University School of Medicine.

Instructional Course in Laser Assisted Arthroscopic Surgery. September 27, 1994, Presentation at New England Surgicenter, Brookline, Massachusetts.

The Role of Lasers in Sports Medicine and Arthroscopic Surgery, September 24, 1994, Grand Rounds ~ Presentation at Health South. Richmond, Virginia.

Instructional Course in Laser Assisted Arthroscopic Surgery, July 27, 1994, Evaluation and Treatment of the Injured Athlete: Sports Medicine Update 1994, Martha's Vineyard, Sponsored by Boston University School of Medicine.

Cervical Spine Injuries in Athletics, July 28, 1994, Evaluation and Treatment of the Injured Athlete: Sports Medicine Update 1994, Martha's Vineyard, Sponsored by Boston University School of Medicine.

The Thermal Properties of Collagen: The Potential For Tissue Welding. June 1994, Presented to the American-British-Canadian Traveling Fellows, Massachusetts General Hospital, Boston, Massachusetts.

Instructional Course in Laser Assisted Arthroscopic Surgery, July 26, 1993, Evaluation and Treatment of the Injured Athlete: Sports Medicine Update 1993, Chatham, Massachusetts, Sponsored by Boston University School of Medicine.

Adolescent Sports Medicine Injuries, May 04, 1993, Biosystem: International Sports Medicine Conference, Rosario, Argentina.

Muscular Injuries in Adolescents. May 04, 1993, Biosystem: International Sports Medicine Conference, Rosario, Argentina.

Prevention of Adolescent Sports Medicine Injuries, May 03, 1993, Biosystem: International Sports Medicine Conference, Rosario, Argentina.

The Treatment of Open Tibial Fractures, November 10, 1992, Problem Fractures and New Frontiers in Orthopedics, Ritz Carlton Hotel, Boston. Massachusetts, Sponsored by Boston University School of Medicine.

The Thermal Properties of Type I Collagen and Tissue Welding, July 1992, Harvard University Sports Medicine Fellow Research Thesis, Massachusetts General Hospital, Boston, Massachusetts.

Laser Physics, June 1992, Sports Medicine Grand Rounds, Massachusetts General Hospital, Boston. Massachusetts.

The Treatment of Patella Tendon Rupture in an Elite Athlete. February 1992, National Football League Team Physicians Meeting, Indianapolis, Indiana.

The Thermal Properties of Collagen: The Potential for Tissue Welding. February 1992, Orthopaedic Surgery Grand Rounds, University of Iowa, Iowa City, Iowa.

Adolescent Knee Injuries, December 1991, Sports Medicine Grand Rounds, Massachusetts General Hospital, Boston. Massachusetts.

Physeal Injuries in the Adolescent Knee, November 1991, Problem Fractures and New Frontiers in Orthopaedics, Ritz Carlton Hotel, Boston. Massachusetts, Sponsored by Boston University School of Medicine.

Synovial Sarcoma in Adolescence, April 1991, 1st Annual Leon Kruger Lecture Day, Shriner's Hospital for Crippled Children. Springfield, Massachusetts.

~

**Publications**

Kase C., Foster T., Reed J., Spatz E., Girgis G., Intracerebral Hemorrhage and Phenylpropanolamine, Neurology, March 1987.

Foster T., Healy W., The Operative Treatment of Distal Femoral Fractures, Orthopedic Review. November 1991.

Foster T., Zarins B., Posterior Cruciate Ligament Injuries, Traumatic Disorders of the Knee. Springer- Verlag. 1992.

Whitelaw G., Abramowitz A., Foster T., Nonreamed Intramedulary Nailing of the Tibia, Operative Techniques in Orthopaedics, October 1992.

Healy W., Foster T., Riley L., History and Evolution of Total Knee Arthroplasty, Principles and Practice of Total Knee Arthroplasty, Williams and Wilkens, Baltimore, 1992.

Foster T., Zarins B., Prosthetic Ligaments in the Reconstruction of the Anterior Cruciate Ligament, Arthroscopy and Arthroscopic Surgery. Springer-Verlag. 1992

Daly P., Foster T., Zarins B., Hockey Injuries, The Encyclopedia of Sports Medicine - Prevention of Injuries in Sports, International Olympic Committee, Blackwell Scientific Publications. Oxford. 1992.

Foster TE, Evaluation of the Painful Knee, Modern Medicine, Vol 62, Number 11, November 1994

Wetzler MJ, Levy AS, Toka A, Albert T, Foster TE. A Retrospective Review of Cervical Spine Injuries in American Rugby 1970-1994, Am J Sports Med, Jul-Aug,24 (4) 454-8.

Foster TE, Patz R, Title C. Ankle Injuries in Adolescent Athletes, Arthroscopy and Sports Review, 1996

Wetzler M., Cullen M., Frost D., Levy A., Foster T., The Treatment of Cervical Spine Sprains and Strains in Rugby Football Players.. American Journal of Sports Medicine, August/September 1996.

Zecher S B, Danziger M B, Segal D, Foster T E, Whitelaw G, Covall D., Treatment of High-Energy Proximal Tibial Fractures Using the Monticelli-Spinelli External Fixator: A Preliminary Report, American Journal of Orthopedics. Volume 25, Number 1, January 1996

Naseef G, Foster TE. Thermal Properties of Type I Collagen: The Basic Science of the Laser assisted Capsular Shift , Am J Sports Med, Sept-Oct 1997, 25 (5) 670-4.

Grafe MW, Paul GR, Foster TE. Pre-participation Sports Examination for High School and College Athletes, Clinics in Sports Medicine, October 1997

Schepsis AA, Gill SS, Foster TE. Fasciotomy for Exertional Anterior Compartment Syndrome: Is Lateral Compartment Release Necessary. Am J Sports Med. 1999, Jul-Aug; 27 (4), 430-5.

**Pending Publications**

Foster T., Yablon I., Spoo J., Dotson W., Naseef G., Fixation Failure in the Cervical Spine, Submitted to Spine.

Foster T., Title C., Orthopedic Education in Medical School, Submitted to The Journal of Bone and Joint Surgery.

Dube M., Foster T., GraffM., Ipsilateral Femoral Neck and Shaft Fractures: A Biomechanical Analysis of the Reconstruction jail versus the Miss-a-Nail Technique, Submitted to The Journal of Bone and Joint Surgery.

Foster T., Solhpour S., Naseef G., The Optical Properties of Articular Cartilage, Submitted to Lasers in Medicine and Surgery.

Foster T., Solhpour S., Naseef G., Anderson R, The Optical Properties of Bovine Meniscus. Submitted to Lasers in Medicine and Surgery.

**Grants**

The Arthroscopy Association of North America

The Japan Sports Medicine Foundation

Continuum Medical Lasers - Unrestricted Grant To Harvard University for Laser Research in Orthopedics

**Current Research Projects**

1. The Role of Suprascapular Nerve Block for Post Operative Pain Control – A randomized double blind study evaluating the effectiveness of suprascapular nerve block for control of post arthroscopic surgery pain.

2. The Ten Year Results of Thermal Capsulorraphy of the Shoulder – This study has the longest follow up of any study in the country regarding the use of thermal energy to treat shoulder instability.

3. The Accuracy of Saline Arthrograms in Determining Open Knee Trauma – This has been performed in conjunction with Dr. Paul Tornetta and submitted for presentation at the AAOS.

4. The Safe Zone for the use of Transcondylar Guides in ACL Surgery – This study evaluates the medial structures at risk during transcondylar fixation of the ACL graft on the femoral side.

5. The Thermal Properties of Type II collagen Matrix Protein – This study evaluates the thermal properties of the articular cartilage matrix proteins when subjected to heating with radiofrequency or lasers.

6. The Treatment of Partial, Mid-Substance Anterior Cruciate Ligament Tears with Thermal Energy – This study evaluates the first 10 patients in a series of patients treated with low dose thermal energy followed by immobilization.

7. The Treatment of Significant Partial Thickness Rotator Cuff Tears with Arthroscopic Trans-Tendonis Repair. This is a pilot study of 10 patients that will be followed by a prospective study comparing Trans-Tendonis repair to repair via completion of the tear and direct repair.

**Personal Information**

Wife – Michelle Elizabeth Orcutt Foster
Child – Amy Elizabeth Foster 11/07/2002

**Interests**

Private Pilot
Scuba Diver
Sea Kayak
Trainer and Runner for Boston Medical Center Marathon Team