UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12416-RGS

```
_____
DOMINICK P. DOUGHALL, III,      )
     Plaintiff,                 )    Assented to Motion to
                                )    Extend Time to Respond
     v.                         )    to Defendant's Motion
                                )    for Partial Summary Judgment
CAPT. JOHN BOATS, INC.          )    Until March 15, 2006
     Defendant.                 )
_____)
```

The Plaintiff, Dominick Doughall, with the assent of the Defendant, Capt. John Boats, Inc., hereby respectfully requests an extension of time up to and including March 15, 2006 to respond to the Defendant's Motion for Partial Summary Judgment. AS GROUNDS IN SUPPORT OF THIS MOTION, the Plaintiff states as follows:

    1.   On or about February 15, 2006, the Defendant filed a Motion for Partial Summary Judgment.

    2.   Due to the unavailability of a witness needed to sign an affidavit in opposition to the Motion for Partial Summary Judgment, the Plaintiff requests an additional 14 days to file his opposition.

    3.   The Defendant has assented to this motion, the allowance of which will facilitate the just adjudication of this matter on its merits.

WHEREFORE, the Plaintiff, Dominick Doughall, respectfully requests an extension to file his opposition to Defendant's Motion for Partial Summary Judgment up to and including March 15, 2006.

                                        **PLAINTIFF,**
                                        **DOMINICK P. DOUGHALL,**
                                        By his Attorney,

                                        /s/ Kevin Donius____
                                        Kevin Donius, Esq.
                                        BBO#: 551298
                                        Law Offices of Kevin Donius, P.C.
                                        500 Granite Avenue
                                        Milton, MA 02186
                                        TEL (617) 296-4900
                                        FAX (617) 696-6704

Assented to:

/s/Michael J. Rauworth
Michael J. Raworth, Esq.
BBO#:  547711
Certrulo & Capone LLP
World Trade Center East
Two Seaport Lane – 10th Floor
Boston, MA  02110
TEL (617) 217-5500
FAX (617) 217-5200

Dated:  March 1, 2006