03/13/2006 16:55 4594010 FOUNDRY SPORTS PAGE 02
03/13/06 15:32 FAX 16176966704 CORCORAN FITZGERALD HENN ☒002

UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12416-RGS

DOMINICK P. DOUGHALL, III, )
    Plaintiff, )
)
v. )    Affidavit of
)    Michael Wiggins, M.D.
CAPT. JOHN BOATS, INC. )
    Defendant. )
)

I, Michael Wiggins, M.D., having been duly sworn, hereby state and depose as follows:

1. My name is Michael Wiggins, M.D. I am an orthopedic surgeon practicing in Providence, Rhode Island.

2. On or about May 30, 2003, Dominick Doughall came under my care for a left shoulder injury. Attached as Exhibit A is a copy of my June 4, 2004 report relating to Mr. Doughall. I adopt and incorporate herein by reference all of my opinions contained in the report.

Signed under the pains and penalties of perjury this ___ day of February, 2006.

                                            Michael Wiggins, M.D.

## CERTIFICATE OF SERVICE

By my signature below, I hereby certify that on the date set forth below, I have electronically filed this Affidavit of Michael Wiggins, M.D. with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the attorneys designated below as ECF recipients, and I hereby certify that on the same date, I have mailed, via United States Postal Service, the documents to the non-registered participants reflected below as being provided copies by mail.

PLAINTIFF,
DOMINICK P. DOUGHALL,
By his Attorney,

Kevin Donius, Esq.
BBO#: 551298
Law Offices of Kevin Donius, P.C.
500 Granite Avenue
Milton, MA 02186
TEL (617) 296-4900
FAX (617) 696-6704

Dated: March 15, 1006

**Served Upon** *(By ECF Filing)*:

Michael J. Rauworth, Esq.
BBO# 547711
Cetrulo & Capone LLP
World Trade Center East
Two Seaport Lane – 10th Floor
Boston, MA 02210
TEL:: 617-217-5500
FAX: 617-217-5200



**Foundry** SportsMedicine & FITNESS

285 PROMENADE STREET, PROVIDENCE, RI 02908  401-459-4001 TEL  401-459-4010 FAX

June 4, 2004

Robert T. Karns
809 Aquidneck Avenue
Middletown, Rhode Island 02842

RE: Domenic Doughall

Dear Mr. Karns:

I have been seeing Mr. Doughall since May 30, 2003. These visits stem from an injury which occurred when he fell on a fishing boat, and suffered an injury to his left shoulder and scapula. At the time of this visit he told me the symptoms had been going on for a year. I do not have the exact date of injury.

His diagnoses have been impingement syndrome, rotator cuff tendinitis, AC joint strain of the left shoulder.

The patient has had two surgeries performed, the first on July 21, 2003, where he underwent an arthroscopy of the left shoulder with subacromial decompression and distal clavicle excision. He then underwent a second surgery on October 6, 2003 with an arthroscopy of the shoulder with debridement, revision distal clavicle excision and revision subacromial decompression performed.

Given the history as the patient gave to me, it was within a reasonable degree of medical certainty that his left shoulder injuries, for which he was treated at this office and operated on twice, were causally related to a fall on a fishing boat which occurred on April 6, 2002.

Using the <u>AMA Guide to the Evaluation of Permanent Impairment</u>, Fifth Edition, he has a 1% impairment with respect to loss of range of motion, 10% impairment of the upper extremity with respect to the distal clavicle excision. Thus, using the Combined Values Chart he has an 11% impairment of the upper extremity which corresponds to a 7% whole person.

With respect to restrictions, the patient should probably avoid heavy overhead activity.

MICHAEL E. WIGGINS, MD

LAWRENCE W. LEE, MD

KENNETH A. PURCOLO, P.A.-C

PHILIPPE S. COTE, MD

EXHIBIT A

Page 1

foundrysportsmedicine.com

Page Two
Robert T. Karns
Re: Domenic Doughall
June 4, 2004

The above comments were made to within a reasonable degree of medical certainty.

Warmest regards,

Michael E. Wiggins, M.D.

MEW/TC-da

EXHIBIT A

Page 2