UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12416-RGS

```
_____
DOMINICK P. DOUGHALL, III,   )
    Plaintiff,               )
                             )
    v.                       )    Notice of Filing
                             )    with Clerk's Office
CAPT. JOHN BOATS, INC.       )
    Defendant.               )
_____)
```

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

**Attachment to Affidavit of Kevin Donius, Esq.**

The original documents are maintained in the case file in the Clerk's Office.

**CERTIFICATE OF SERVICE**

CERTIFICATE OF SERVICE:  By my signature below, I hereby certify that on the date set forth below, I have electronically filed this document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the attorneys designated below as ECF recipients, and I hereby certify that on the same date, I have mailed, via United States Postal Service, the documents to the non-registered participants reflected below as being provided copies by mail.

Dated:   March 15, 2006

                              The Plaintiff,
                              By his attorney,


                              /s/ Kevin Donius
                              Kevin Donius
                              BBO #551297
                              Law Offices of Kevin Donius, P.C.
                              500 Granite Avenue
                              Milton, MA   02186
                              Telephone:  617-296-4900
                              Facsimile:  617-696-6704


**Served Upon *(By ECF Filing)*:**

Michael J. Rauworth, Esq.
BBO# 547711
Cetrulo & Capone LLP
World Trade Center East
Two Seaport Lane – 10th Floor
Boston, MA   02210
TEL::  617-217-5500
FAX:  617-217-5200