UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOMINIC P. DOUGHALL, III,<br>        Plaintiff<br>v.<br>CAPT. JOHN BOATS, INC.,<br>        Defendant | CIVIL ACTION NO. 04-12416-RGS |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41, the undersigned parties, constituting collectively 100% of the entities made party to this action, hereby stipulate that all claims between and among them may and ought to be dismissed with prejudice, each party waiving any right of appeal and each party to bear its own costs.

WHEREFORE the parties respectfully call upon the Court to dismiss the instant case in its entirety.

| | |
|---|---|
| **DOMINIC P. DOUGHALL, III**<br>By his attorney,<br><br> _/s/ Kevin Donius_____<br>Kevin Donius, BBO# 551298<br>**LAW OFFICES OF KEVIN DONIUS, P.C.**<br>424 Adams Street — Suite 100<br>Milton, MA  02186<br>Tel:  617-296-4900; Fax:  (617) 296-4990<br>Dated:  December 16, 2006 | **CAPTAIN JOHN BOATS, INC.**<br>By its attorneys,<br><br> _/s/ Michael Rauworth_____<br>Michael J. Rauworth, BBO# 547711<br>**CETRULO & CAPONE LLP**<br>World Trade Center East<br>Two Seaport Lane — 10th Floor<br>Boston, Massachusetts 02210<br>Tel:  (617) 217-5500; Fax:  (617) 217-5200 |